No. 85–2064. GREER, WARDEN v. MILLER. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 86–322. CRAWFORD FITTING CO. ET AL. v. J. T. GIBBONS, INC.; and

No. 86–328. CHAMPION INTERNATIONAL CORP. v. INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, CLC, ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 86–322, 790 F. 2d 1193; No. 86–328, 790 F. 2d 1174.

No. 86–497. AGENCY HOLDING CORP. ET AL. v. MALLEY-DUFF & ASSOCIATES, INC.; and

No. 86–531. CROWN LIFE INSURANCE CO. ET AL. v. MALLEY-DUFF & ASSOCIATES, INC., ET AL. C. A. 3d Cir. Certiorari granted in No. 86–497. Certiorari granted in No. 86–531 limited to Questions I and II presented by the petition. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 792 F. 2d 341.

No. 85–1976. DYKES ET AL. v. DYKES ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–2002. J. YOUNG & CO., INC. v. M/V BOB LIVINGSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–2123. HUCKABY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 85–2155. ANDERSON v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 85–6973. DIXON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6978. MURPHY v. ALLSBROOK, SUPERINTENDENT, ODOM CORRECTIONAL COMPLEX, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–7129. WEST v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.